IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| KEONTAY MILLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 322-057 |
| | ) |
| JERMAINE WHITE, Warden: CAPTAIN FULLER; SERGEANT MOORE; CERT GARNER; CERT WILCOX; and, CERT MCKENZIE, | ) ) ) ) |
| | ) |
| Defendants. | ) |

**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Plaintiff, an inmate at Telfair State Prison in Helena, Georgia, was one of two inmates who attempted to join in bringing one lawsuit against Defendants. See Bridges et al. v. White, CV 322-034 (S.D. Ga. May 27, 2022). United States District Judge Dudley H. Bowen dismissed that improperly filed lawsuit without prejudice and directed the Clerk of Court to file a new separate lawsuit for Plaintiff and directed Plaintiff to submit his own new complaint and motion to proceed *in forma pauperis* ("IFP") or pay the filing fee within twenty-one days of the Clerk opening the new lawsuit in his name. Id., doc. no. 2. The Clerk of Court opened the above-captioned case on May 27, 2022, and sent Plaintiff the requisite complaint and IFP form, as well as Judge Bowen's Order informing Plaintiff of the twenty-one-day deadline for returning the forms or paying the filing fee. (Doc. no. 1.) The time to respond has passed, and

Plaintiff has not submitted a complaint, an IFP motion, or paid the filing fee. Nor has he provided the Court with any explanation why he has not complied.

I.  **DISCUSSION**

A district court has authority to manage its docket to expeditiously resolve cases, and this authority includes the power to dismiss a case for failure to prosecute or failure to comply with a court order. Equity Lifestyle Props., Inc. v. Fla. Mowing & Landscape Serv., Inc., 556 F.3d 1232, 1240 (11th Cir. 2009) (citing Fed. R. Civ. P. 41(b)); see also Eades v. Ala. Dep't of Human Res., 298 F. App'x 862, 863 (11th Cir. 2008) (*per curiam*) ("District courts possess the ability to dismiss a case . . . for want of prosecution based on two possible sources of authority: Fed. R. Civ. P. 41(b) or their inherent authority to manage their dockets."). Moreover, the Local Rules of the Southern District of Georgia dictate that an "assigned Judge may, after notice to counsel of record, *sua sponte* . . . dismiss any action for want of prosecution, with or without prejudice . . . [for] [w]illful disobedience or neglect of any order of the Court; or [a]ny other failure to prosecute a civil action with reasonable promptness." Loc. R. 41.1 (b) & (c). Finally, dismissal without prejudice is generally appropriate pursuant to Rule 41(b) where a plaintiff has failed to comply with a court order, "especially where the litigant has been forewarned." Owens v. Pinellas Cnty. Sheriff's Dep't, 331 F. App'x 654, 655 (11th Cir. 2009) (*per curiam*) (citing Moon v. Newsome, 863 F.2d 835, 837 (11th Cir. 1989)).

Here, Plaintiff's failure to file the appropriate forms, pay the filing fee, or even to provide the Court with an explanation for his failure to comply with Judge Bowen's Order amounts not only to a failure to prosecute, but also an abandonment of this case. This is precisely the type of neglect contemplated by the Local Rules. Plaintiff has been warned that failing to return

2

the necessary IFP papers and submit a new complaint would be an election to have his case voluntarily dismissed. (See doc. no. 1, p. 2.) As Plaintiff has neither fulfilled the requirements for proceeding IFP, nor paid the full filing fee, and because the imposition of monetary sanctions is not feasible in light of the initial request to proceed IFP, Bridges v. Scott, CV 322-034, doc. no. 2, the Court **REPORTS** and **RECOMMENDS** this case be **DISMISSED** without prejudice and this civil action be **CLOSED**.

II.     CONCLUSION

For the reasons set forth above, the Court **REPORTS** and **RECOMMENDS** this case be **DISMISSED** without prejudice and that this civil action be **CLOSED**.

SO REPORTED and RECOMMENDED this 4th day of August, 2022, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA